# EXHIBIT C

# EXHIBIT C

Page 1
https://www.facebook.com/GlucoseGoddess
08-17-2025 13:43:41

