# EXHIBIT D

# EXHIBIT D

Page 1
https://www.instagram.com/GlucosegoddessLaura/
08-17-2025 13:44:07



Page 2
https://www.instagram.com/GlucosegoddessLaura/
08-17-2025 13:44:07

