# EXHIBIT E

# EXHIBIT E



Page 2
https://www.linkedin.com/in/glucosegoddessdiabetescomedy/
08-17-2025 13:44:30



Founder's Journal – Friday Reflection "This isn't my first...
Liked by Laura Lastoria

Sign in to see all activity

## Experience



**Keynote Speaker**
Freelance
Aug 2006 - Present · 19 years 1 month
United States



**Glucose Goddess®**
Glucose Goddess®
Aug 1998 - Present · 27 years 1 month
United States



**Pancreas**
Self
Aug 1998 - Present · 27 years 1 month
Body

## Education



**Quincy College**
Associate's degree · Surgical Technology/Technologist

Activities and Societies: Type 1 Diabetes, Type 1 comedian



**Quincy College**
Associate's degree · Surgical Technology/Technologist

## More activity by Laura



This is what it's all about 💖
Liked by Laura Lastoria



Next time you're at Wawa, Inc., grabbing your favorite coffee ...
Liked by Laura Lastoria



I'll be okay 👍 👍, I travel with #twiist emojis 🍭 30 min...
Liked by Laura Lastoria



We're back from ADCES! Our dStigmatize Content Manager,...
Liked by Laura Lastoria



Insulet's International Public Affairs team is driving initiatives t...
Liked by Laura Lastoria

Page 3
https://www.linkedin.com/in/glucosegoddessdiabetescomedy/
08-17-2025 13:44:30



So exciting! This will help so many people!
Liked by Laura Lastoria



Is diabetes tech making us lazier? Smarter? Or... something...
Liked by Laura Lastoria



Massachusetts Association of Diabetes Care & Education...
Liked by Laura Lastoria

View Laura's full profile
- See who you know in common
- Get introduced
- Contact Laura directly

Sign in to view full profile

