# EXHIBIT F

# EXHIBIT F

Page 1
https://www.tiktok.com/@glucosegoddess
08-17-2025 13:44:52



Page 2
https://www.tiktok.com/@glucosegoddess
08-17-2025 13:44:52

