# **EXHIBIT G**

**EXHIBIT G**

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**STATUS**   **DOCUMENTS**   **MAINTENANCE**                                            **Back to Search**                **Print**

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2025-08-18 15:52:20 EDT |
| Mark: | GLUCOSE GODDESS |

*Glucose Goddess*

| | | | |
|---|---|---|---|
| US Serial Number: | 78444208 | Application Filing Date: | Jun. 30, 2004 |
| US Registration Number: | 3107841 | Registration Date: | Jun. 20, 2006 |
| Register: | Principal | | |
| Mark Type: | Service Mark | | |
| TM5 Common Status Descriptor: |  | LIVE/REGISTRATION/Issued and Active  The trademark application has been registered with the Office. | |
| Status: | The registration has been renewed. | | |
| Status Date: | Sep. 10, 2015 | | |
| Publication Date: | Jul. 05, 2005 | Notice of Allowance Date: | Sep. 27, 2005 |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | GLUCOSE GODDESS |
| Standard Character Claim: | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| Mark Drawing Type: | 4 - STANDARD CHARACTER MARK |
| Disclaimer: | "GLUCOSE" |

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| Owner Name: | LASTORIA, LAURA JEAN, MRS. | | |
| Owner Address: | 67 BELCHER ST. ABINGTON, MASSACHUSETTS UNITED STATES 02351 | | |
| Legal Entity Type: | INDIVIDUAL | Citizenship: | UNITED STATES |

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

**United States Patent and Trademark Office**

Reg. No. 3,107,841
Registered June 20, 2006

SERVICE MARK
PRINCIPAL REGISTER

# Glucose Goddess

MENNINGER, LAURA (UNITED STATES INDIVIDUAL)
P.O. BOX 311
DOVER, MA 02030

FOR: EDUCATIONAL SERVICES, NAMELY, WORKSHOPS, SEMINARS AND PERSONAL COACHING SERVICES IN THE FIELD OF SELF AND HEALTH AWARENESS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-1-2001; IN COMMERCE 6-6-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GLUCOSE", APART FROM THE MARK AS SHOWN.

SN 78-444,208, FILED 6-30-2004.

HOWARD SMIGA, EXAMINING ATTORNEY