# EXHIBIT H

# EXHIBIT H

## About this account



**glucosegoddess**

To help keep our community authentic, we're showing information about accounts on Instagram. **See why this information is important.**

### Date joined
May 2015

### Account based in
Philippines

### Verified
July 2022

The verified badge means an account has been verified based on their activity across our products and information or documents they provide. Some verified accounts are owned by a notable person, brand or entity, while others are Meta Verified.

With a Meta Verified subscription, you get a verified badge, proactive account protection, access to direct account support and increased prominence across Facebook and Instagram. **Learn more**

Get a verified badge

Close