# EXHIBIT I

# EXHIBIT I

Page 1
https://www.glucosegoddess.com/
08-17-2025 13:40:26






## Hi, I'm Jessie



I'm a French biochemist, bestselling author, and founder of the Glucose Goddess movement.

My mission is to help you naturally balance your blood sugar levels. My work has helped millions of people improve their health by making cutting-edge science accessible.

### REAL SYMPTOMS REAL SOLUTIONS

Feeling tired or craving sugar? It might be your glucose.





# Hear what others are saying





FREE RESOURCE

## My glucose hacks

Instantly download the hacks as a 1-page printable PDF



## Steady-glucose recipes for everybody

   

50 veggie starter recipes — $12.99

50 breakfast recipes — $12.99

20 vegan recipes — $9.99

20 gluten-free recipes — $9.99

## THE RECIPE CLUB

SCIENCE-BACKED, NO-FRILLS RECIPES THAT YOU CAN TRUST.
SIT BACK, RELAX, AND FEEL GREAT.

DISCOVER THE CLUB





## THE METHOD

From #1 internationally bestselling author of Glucose Revolution, a 4-week, 4-step program with 100+ recipes to lower your blood glucose, an interactive workbook, and the path to feeling amazing. No restrictions. No calorie counting. Eating everything you love while reducing your glucose spike. The fast-track to a new life.

**LEARN MORE**

The New York Times BEST SELLER

THE SUNDAY TIMES #1 BEST SELLER

#1 INTERNATIONAL BEST SELLER

**NEW**
## The Online Course
Learn & pass the certification

**LEARN MORE**



## Never miss a thing.
New science, updates, and messages from me.

Email | First name | Country | **SIGN ME UP**

