# EXHIBIT J

# EXHIBIT J

Page 1
https://www.glucosegoddess.com/pages/about-jessie-inchauspe
08-17-2025 13:49:05





Page 2
https://www.glucosegoddess.com/pages/about-jessie-inchauspe
08-17-2025 13:49:05

After an MSc in biochemistry and working in genetics in Silicon Valley for 5 years, I came across the world of glucose. I first noticed, while wearing a continuous glucose monitor, that the more irregular my glucose levels were, the worse my mental health was. This was an important first clue in understanding how my body worked – even though I don't have diabetes, glucose was impacting me.

So I dove into all the research studies I could find on the topic. And a few things startled me: first, I wasn't alone. The majority of people without diabetes can experience irregular glucose levels – glucose spikes – on a daily basis without knowing it. Second, these glucose spikes could affect us in many ways, from increasing hunger and cravings, to brain fog and mental health, to making us age faster, to contributing to fertility issues.

I started piecing scientific papers together to figure out a way to keep my glucose levels steady without going on an extreme diet. Enter: the glucose hacks! Easy principles that allowed me to still eat everything I loved while reducing my glucose spikes, too.

This felt like the beginning of healing for me. So I started sharing this information with my friends, family, colleagues… and I create the first glucose graphs that you see today throughout my work or on my instagram: visuals to illustrate the scientific studies I was coming across.

Then, I committed to giving my time and energy to this important information and to try to help it reach as many people as possible. Glucose Goddess was born. I quit my genetics job at the end of 2019 and started working full time on making this cutting-edge science accessible. Add to that an incredible team that wanted to contribute to the mission, lots of trial and error, and many, many instagram posts. And here we are, building a big community of people who are changing their health, controlling their blood sugar levels and regaining agency over their bodies and minds. You can check out all of our science here.

## Our Mission: control your blood sugar levels

At Glucose Goddess, we share cutting-edge science with you so you can learn how to control your blood sugar spikes and regain power over your health. It's a safe space where everyone is welcome, and every step is celebrated.

**SHOP**
- Anti-Spike supplement
- The Recipe Club
- Books
- Course
- 50 Breakfast recipes
- 50 Veggie starter recipes
- 20 Vegan recipes
- 20 Gluten-free recipes

**SCIENCES EPISODES**
- The 10 glucose hacks
- Vinegar
- Alcohol
- Fasting
- GLP-1
- What to Eat Before & After Exercise
- Protein
- PCOS
- Menopause
- My MRI Story
- Breakfast
- Supplements
- Clothes on Carbs
- Eggs & Cholesterol
- Chocolate
- Food Labels
- Veggie Starters

**FREE STUFF**
- View all
- The 10 Glucose Goddess Hacks
- Glucose spikes quiz
- Protein intake calculator
- Protein guide
- Food classification master list
- Natural GLP-1 hacks
- 2 Breakfast recipes
- 2 Veggie starter recipes
- Blood tests guide
- Glucose monitors guide
- 2 Vinegar mocktail recipes
- Hidden sugar names list
- Milk guide
- Food labels guide

**ABOUT**
- Science
- About Jessie
- Contact Jessie
- TV Show
- Press
- Doctors
- Newsletter
- My glucose biosensor
- Anti-Spike Reviews

**HELP**
- Your Subscription portal
- Help Center
- Contact Us
- Terms and Conditions
- Privacy Policy
- Cookie Policy



© 2025, GlucoseGoddess and GlucoseRevolution.

United States (USD $)