# EXHIBIT K

# EXHIBIT K

Page 1
https://www.glucosegoddess.com/products/recipe-club
08-17-2025 13:49:31

**GlucoseRevolution**    Shop ⌄    Sciences episodes ⌄    Free stuff ⌄    About ⌄    Recipe Club







★★★★★ 118 Reviews

## The Recipe Club

**SUPERCHARGE YOUR MOTIVATION.
CUT YOUR CRAVINGS.**

**10 RECIPES EACH MONTH TO KEEP YOUR
GLUCOSE STEADY.**

✅ 3 savoury breakfasts, 3 veggie starters, 3 main dishes, and one snack every month

✅ All recipes are **NEW** and come with a **vegan, vegetarian, gluten-free** and **dairy-free variation**

✅ Each recipe has just **6 easy-to-find ingredients or less**

✅ Your **first 10 recipes immediately in your email**

✅ **Cancel anytime**, pause anytime

**Add to Cart   $4.99**

---

Patricia Rebelo P.
Verified Buyer ✔

★★★★★                                                                 18/01/2025

**The Recipe Club saved my sanity (and my snacks!)**

Joining the Glucose Goddess Recipe Club has been a game-changer! Jessica's recipes are delicious, practical, and packed with tips that have revolutionized how I approach food. They've brought variety and excitement to our meals while helping me balance my energy and feel great.

I even dedicate a chapter in my wellness workshops to the transformative "Glucose Goddess Tips." Being part of this club has truly enhanced my life!

‹  ›

**Read more reviews**

   

Page 2
https://www.glucosegoddess.com/products/recipe-club
08-17-2025 13:49:31



So many of you asked me for recipes to **put my glucose hacks into practice**.

I made them all simple, delicious, with **vegan, vegetarian, gluten-free** and **dairy-free** options, and send you 10 of them every month straight to your inbox.

# What a recipe looks like

Get inspired by easy, science-backed recipes to balance your blood sugar.



SAVOURY BREAKFASTS

## *Beautiful* TOFU TOAST

*What you need:*

I had some random things in my fridge, and this beauty came out of them!

*How to make it:*

• Put the **tofu, coconut cream** or **coconut yoghurt, vanilla extract** and **orange zest** in a food processor and blitz until smooth.

• Spread onto the toasted **sourdough** and top with **blackberries** and **pumpkin seeds**.

Makes: 1 portion
Prep time: 5 mins



100g ( 3½ oz) semi firm tofu



85ml (⅓ cup) coconut cream or coconut yoghurt



½ tsp vanilla extract



Zest of ½ orange



65g (½ cup) blackberries



2 tablespoons pumpkin seeds



1 slice sourdough or rye

This recipe is **VEGETARIAN, VEGAN** and **DAIRY-FREE**

HOW TO MAKE IT GLUTEN-FREE:
Use gluten-free bread.

Page 3
https://www.glucosegoddess.com/products/recipe-club
08-17-2025 13:49:31



GG RECIPE CLUB – NOVEMBER 2024

Join now

## Every recipe comes with an option for:

## Straight to your inbox

Receive your first 10 recipes today, then 10 new ones on the first of every month



## The recipes in the Club

### 3 savoury breakfasts

Savoury breakfasts are built around **protein**, which is the most satiating nutrient. They will help you:

→ **Keep your glucose steady for the whole day**

→ **Cut cravings and hunger**

→ **Slow down aging and reduce inflammation**

Your days will never be the same again.

### 3 veggie starters

Veggie starters are built around fiber. They help you eat the meals you love, while protecting your glucose levels, and:

→ **Avoid the post-meal crash**

→ **Reduce inflammation**

→ **Feed the good bacteria in your gut**

After your veggie starter, you can eat as you usually do and get amazing health benefits.

### 3 main dishes

Easy main dishes so that you don't have to think about what to cook:

→ **6 ingredients or less**

→ **Keep your glucose steady**

→ **Family-friendly**

Feel light and energized after each meal.

### One savoury snack

Savoury snacks are full of protein, fiber, or fat, and low in carbohydrates. They help you:

→ **Keep the cravings rollercoaster away**

→ **Balance your hormones**

→ **Feel satiated and full of energy**

The perfect snacks for work, home, and the family.



**Join now**

## Achieving your health goals is about maintaining habits

☑ Your monthly recipes will keep you supported

Read study

Read study

Read study

Read study

## See my recipes in action

Page 5
https://www.glucosegoddess.com/products/recipe-club
08-17-2025 13:49:31



*"Brand new recipes, every month, from my kitchen to yours. You won't find these anywhere else – **not in my books, not on my instagram**. They are for you, dear Recipe Club members, only!" - **Jessie***

# Questions?

| Are the recipes from Jessie's books? | ⌄ |
|---|---|
| Are there vegan, vegetarian, gluten-free and dairy-free options? | ⌄ |
| How and when will I receive the recipes? | ⌄ |
| In what language are the recipes? | ⌄ |
| Will the recipes help me reduce my glucose spikes? | ⌄ |
| Will I be charged every month? | ⌄ |
| What if I want to cancel my membership? | ⌄ |

Page 6
https://www.glucosegoddess.com/products/recipe-club
08-17-2025 13:49:31

**Join now**

FREE SAMPLE

*Not sure yet?*

Instantly download free sample recipes to try it out

| Email | First name | Country | GET SAMPLE RECIPES |

**4.9** ★★★★★ Based on 118 reviews

5 ★  ████████████ 111
4 ★  · 4
3 ★  · 2
2 ★  0
1 ★  · 1

**97%** would recommend this product



⚏ FILTERS

✎ WRITE A REVIEW

118 reviews

Sort   Highest Rating ▾

---

**B** Sandra

↻ I recommend this product

★★★★★                                                                 2 months ago

**5 Stars**

Great recipes

Verified by **shop**

---

**JR** Julie R.
Verified Buyer ✔

↻ I recommend this product

★★★★★                                                                 3 months ago

**Excited To Follow!**

Is there someway to start a private Facebook group for followers of your glucose revolution? Would love to hear what other people have to say and are doing an ideas etc.

---

**H** Honeybee
Verified Reviewer ✔

↻ I recommend this product

★★★★★                                                                 5 months ago

**GG's Recipes Are Seriously Good**

All Jessie's recipes are quick and easy, but pack real flavor punch. I never thought a "healthy recipe book" would give me the tastiest and fastest food ever, that really satisfies. I am a foodie and the 50 Recipes pdf really rocked. I am a convert! Sorry I smashed the food before my picture. I had! I dig in!



---

**S** Sharon

↻ I recommend this product

★★★★★                                                                 5 months ago

**5 Stars**

Great recipes, beautiful photos easy to read and follow love it

Verified by **shop**

Page 7
https://www.glucosegoddess.com/products/recipe-club
08-17-2025 13:49:31

 **Amanda**

○ I recommend this product

★★★★★                                              5 months ago

**5 Stars**

So easy to download,plus the recipes are easy to make and delicious to eat

Verified by shop

---

 **Doris D.**

○ I recommend this product

★★★★★                                              6 months ago

**Love The Recipe Club**

I really love this recipe club because the recipes are simple and delicious! I am a new type 2 diabetic and the recipes keep me satisfied and do not spike my blood sugar!

---

 **Gun-Britt P.**
**Verified Reviewer** ✓

○ I recommend this product

★★★★★                                              7 months ago

**Toppen**

Det är toppen att få recept som är bra och lätta att följa
Tacksam 😊

---

 **Jennie**
**Verified Reviewer** ✓

○ I recommend this product

★★★★★                                              7 months ago

**Pea And Tomato Braise - What A Winner!**

New to GG and have joined the recipe club, absolutely loved the Pea and Tomato Braise from the Jan 25 set of recipes, and will be having it again! May well use it as a base for some chicken or salmon to make into a main course. Looking forward to the February release of more dishes!

---

 **Joëlle**
**Verified Reviewer** ✓

○ I recommend this product

★★★★★                                              7 months ago

**Easy Peasy Recipe**

Thanks to your Recipe's i get an idea what to cook and what helps me with my blood sugar :-)
Thank you!

---

 **Patricia Rebelo P.**
**Verified Reviewer** ✓

○ I recommend this product

★★★★★                                              7 months ago

**From Meal Ruts To Glucose Glory: How The Recipe Club Saved My Sanity (And My Snacks!)**

Joining the Glucose Goddess Recipe Club has been a game-changer for me! As a busy mom of three and an entrepreneur, I often found myself stuck in a rut, cooking the same meals over and over. Creativity in the kitchen felt like a luxury I couldn't afford.
But then came Jessica Inchauspé's incredible recipes—they're not just delicious; they're practical, inspiring, and packed with tips that have revolutionized the way I approach food. Her recipes have brought variety and excitement back into our meals, all while helping me balance

Read More

---

 **Alessia K.**
**Verified Reviewer** ✓

○ I recommend this product

★★★★★                                              7 months ago

**Changed My Life!!!**

Been using the recipes and they're absolutely incredible!! The glucose goddess has completely changed my life and I could never thank her enough. Her recipes are amazing!

---

**SM** **Suzanne M.**

○ I recommend this product

★★★★★                                              7 months ago

**The Trcipe Club**

I throughly enjoy the recipes from the Glucose Goddess!
I look forward to each month's recipes.

---

**SHOW MORE**

Page 8
https://www.glucosegoddess.com/products/recipe-club
08-17-2025 13:49:31

**SHOP**

Anti-Spike supplement
The Recipe Club
Books
Course
50 Breakfast recipes
50 Veggie starter recipes
20 Vegan recipes
20 Gluten-free recipes

**SCIENCES EPISODES**

The 10 glucose hacks
Vinegar
Alcohol
Fasting
GLP-1
What to Eat Before & After Exercise
Protein
PCOS
Menopause
My MRI Story
Breakfast
Supplements
Clothes on Carbs
Eggs & Cholesterol
Chocolate
Food Labels
Veggie Starters

**FREE STUFF**

View all
The 10 Glucose Goddess Hacks
Glucose spikes quiz
Protein intake calculator
Protein guide
Food classification master list
Natural GLP-1 hacks
2 Breakfast recipes
2 Veggie starter recipes
Blood tests guide
Glucose monitors guide
2 Vinegar mocktail recipes
Hidden sugar names list
Milk guide
Food labels guide

**ABOUT**

Science
About Jessie
Contact Jessie
TV Show
Press
Doctors
Newsletter
My glucose biosensor
Anti-Spike Reviews

**HELP**

Your Subscription portal
Help Center
Contact Us
Privacy Policy
Cookie Policy

© 2025, GlucoseGoddess and GlucoseRevolution.

United States (USD $) ⌄