# EXHIBIT L

# EXHIBIT L

Page 1
https://www.youtube.com/@GlucoseRevolution/featured
08-16-2025 16:00:00

