# EXHIBIT M

# EXHIBIT M

Page 1
https://www.youtube.com/@GlucoseRevolution/featured
08-16-2025 16:09:40

