# EXHIBIT N

# EXHIBIT N

Page 1
https://www.amazon.com/Glucose-Goddess-Method-Cutting-Cravings/dp/1668024527/ref=sr_1_1?crid=3IJ5T1TKG0NY0&dib=eyJ2IjoiMSJ9.edjbmEAv3GHNO_Z2Jo33YPD8BRbR9...
08-16-2025 16:43:55



Page 2
https://www.amazon.com/Glucose-Goddess-Method-Cutting-Cravings/dp/1668024527/ref=sr_1_1?crid=3IJ5T1TKG0NY0&dib=eyJ2IjoiMSJ9.edjbmEAv3GHNO_Z2Jo33YPD8BRbR9...
08-16-2025 16:43:55

### Frequently purchased items with fast delivery

Page 1 of 17


The Eat-Clean Diet Recharged!: Lasting Fat Loss That's Better than Ever
› Tosca Reno
★★★★½ 645
Paperback
$17.90
FREE Shipping
Only 1 left in stock - order...


The Secrets to Ultimate Weight Loss: A revolutionary approach...
› Chef AJ
★★★★½ 2,166
Paperback
$17.33
Get it as soon as Thursday, Aug 21
FREE Shipping on orders over $35 shipped by Amazon


The Glucose Switch Formula: A 28-Day Step-by-Step Plan to Balanc...
› Linden Hudson
★★★★½ 25
Paperback
$21.87
Get it as soon as Thursday, Aug 21
FREE Shipping on orders over $35 shipped by Amazon

The Carbohydrate Addict's Diet: The Lifelong Solution to Yo...
› Dr. Rachael F. Heller
★★★★½ 674
Mass Market Paperback
$9.99
Get it as soon as Thursday, Aug 21
FREE Shipping on orders over $35 shipped by Amazon

Shatter the Yoyo: A Definitive Guide to Losing Weight and Gaining Sel...
› Dr. Candice Seti
★★★★½ 30
Paperback
$9.99
Get it as soon as Thursday, Aug 21
FREE Shipping on orders over $35 shipped by Amazon

Managing Type 2 Diabetes For Dummies
★★★★½ 2,057
$13.78 $22.99 prime
Shop now

Sponsored

### More items to explore

Page 1 of 7


Glucose Revolution: The Life-Changing Power of...
› Jessie Inchauspe
★★★★½ 9,606
Get it as soon as Thursday, Aug 21
FREE Shipping on orders over $35 shipped by Amazon


Fast Like a Girl: A Woman's Guide to Usin...
› Dr. Mindy Pelz
★★★★½ 7,366
Get it as soon as Thursday, Aug 21
FREE Shipping on orders over $35 shipped by Amazon


Lingo Continuous Glucose Monitor (CGM) & App. Made by Abbott. Know the impact of what you...
Get it as soon as Thursday, Aug 21
FREE Shipping by Amazon


The Glucose Goddess Cookbook for Seniors: Easy, Healthy & Delicio...
› Emily Walker
Get it as soon as Thursday, Aug 21
FREE Shipping on orders over $35 shipped by Amazon


Natural Cure Labs Level Off - Spike Curb Supplement 120 Capsules 60 Servings
Get it as soon as Friday, Aug 22
FREE Shipping by Amazon


Stelo Glucose Biosensor & App by Dexcom—A Leader in Continuous Glucose Monitoring...
Get it as soon as Thursday, Aug 21
FREE Shipping by Amazon



### Popular Highlights in this book
What are popular highlights?


"Studies have shown that one tablespoon of vinegar can reduce the glucose spike of a meal by up to 30 percent. And the insulin spike by up to 20 percent."
Highlighted by 600 Kindle readers


"An important rule of thumb that will tell you if your savory breakfast is working its magic on your glucose levels is if it keeps you full for four hours."
Highlighted by 554 Kindle readers


"The downside is that when insulin is present, fat-burning is deactivated."
Highlighted by 434 Kindle readers

### From the Publisher









## Editorial Reviews

### Review

"People who are done with restrictive diets — but still want help deciding what to eat — turn to Jessie Inchauspé, a.k.a. the Glucose Goddess." —*Bustle*

"The best part about [Jessie's] hacks is that they don't require restrictive diets or expensive supplements… her new book is filled with healthy, blood sugar stabilizing recipes." —*Maria Shriver's Sunday Paper*

"Biochemist Jessie Inchauspé's tips are so powerful they've touched off worldwide movement." — *First for Women*

"*The Glucose Goddess Method* shares Jessie's hard-earned lessons on healthy living… Jessie's first book explains the basics of glucose, and her second uses recipes—like her grandma's microwave banana with cinnamon and nuts—to put those insights into action." — *Women's Health*

"I encourage everyone to get [this book]. Jessie is someone who has a lot of experience and she put it into this book... if you read it, you'll get decades of wisdom in just a handful of days." —*Kiwk Brain Podcast*

"This is such important work and Jessie makes it so simple and clear for people... it's beautiful to see" —Mark Hyman, author of *Young Forever*

"A sensation" --*Glamour*

"If your friend loves all things health and wellness, then they'll adore *The Glucose Goddess Method*... The four-week step-by-step guide is easy, approachable, and sprinkled with easy-to-understand science throughout. The best part is that it requires no strict routines, yet boasts some astonishing benefits"

--*Refinery 29*

"Blood sugar takes center stage in biochemist Inchauspé's clever guide to eating for 'more energy, curbed cravings, [and] better mood'...This intelligent survey offers plenty to savor." —*PUBLISHERS WEEKLY*

"Jessie Inchauspé, a born communicator, has written the best practical guide for managing glucose to maximize health and longevity." —DAVID SINCLAIR, Ph.D, Harvard Professor, *TIME Magazine* "100 most influential people in the world" and *New York Times* bestselling author of *Lifespan*

"I hugely enjoyed reading this book; Jessie offers a detailed understanding of the problem which faces so many of us - how to balance our blood sugar levels - along with simple and accessible science-based hacks which really could help you transform your health." —MICHAEL MOSLEY, M.D., #1 *New York Times* bestselling author of *The Fast Diet*

"Being a goddess is harder than it looks. But it turns out being a Glucose Goddess is easy. Jessie Inchauspé takes the new science of nutrition and makes it practical for everyone." —ROBERT H. LUSTIG, MD, MSL, *New York Times* bestselling author of *Fat Chance* and *Metabolical*

"There's no easier way to lose weight, lower blood pressure and more, than by doing a single thing: "flatten your glucose curve," says Biochemist Inchauspé, in her smart, cutting-edge new book. She explains the simple new technology that takes the guess work out of discerning which foods stall weight loss by revealing exactly what's going on inside the body. This breakthrough book is a savvy, one-stop shop to sustainable weight loss and better health." —NINA TEICHOLZ, science journalist, bestselling author of *The Big Fat Surprise*

"Jessie (a.k.a. the Glucose Goddess) takes you on a fun and informative journey to understand how food affects your sugar spikes and your health. This practical guide is full of wonderful tips and hacks on how and what to eat; a must for anyone who wants to understand their body and improve their health." —TIM SPECTOR, OBE, professor of genetic epidemiology at King's College, London, author of *Spoon Fed* and *The Diet Myth*, and co-founder of ZOE

"As a metabolic scientist, I'm concerned with two things: insulin and glucose. With a mix of personal experience and published evidence, Jessie has woven these two ideas together in a fascinating and satisfying memoir. Reading and applying the principles outlined in *Glucose Revolution* can help anyone achieve divine levels of health." —BENJAMIN BIKMAN, Ph.D., Professor of Cell Biology, Brigham Young University, author of *Why We Get Sick*

"*Glucose Revolution* will help you feel better, cut cravings, connect with yourself, balance your hormones, live longer, teach you science and put a smile on your face along the way. This book is one of my references – don't wait to read it." —DAVINIA TAYLOR, British actress and #1 *Sunday Times* bestselling author of *It's not a Diet*

## About the Author

Jessie Inchauspé is a French biochemist and *New York Times* bestselling author. She is on a mission to translate cutting-edge science into easy tips to help people improve their physical and mental health. In her books *Glucose Revolution* and *The Glucose Goddess Method*, she shares her startling discovery about the essential role of blood sugar in every aspect of our lives, and the surprising hacks to optimize it. Jessie is the founder of the wildly popular Instagram account @GlucoseGoddess, where she teaches over two million people about transformative food habits. She holds a BSc in mathematics from King's College, London, and an MSc in biochemistry from Georgetown University.

## Product details

- **Publisher** : S&S/Simon Element
- **Publication date** : May 2, 2023
- **Language** : English
- **Print length** : 288 pages
- **ISBN-10** : 1668024527
- **ISBN-13** : 978-1668024522
- **Item Weight** : 2.31 pounds
- **Dimensions** : 7.38 x 0.9 x 9.13 inches
- **Best Sellers Rank**: #1,783 in Books (See Top 100 in Books)
  - #1 in Diabetic & Sugar-Free Cooking (Books)
  - #6 in Weight Loss Diets (Books)
  - #8 in Other Diet Books
- **Customer Reviews**: 4.6 ★★★★½   4,281 ratings

## Product Videos



## About the author

Follow authors to get new release updates, plus improved recommendations.



### Jessie Inchauspe

Jessie Inchauspé is a French biochemist and author. She is on a mission to translate cutting-edge science into easy tips to help people improve their physical and mental health. In her first book, Glucose Revolution, a #1 international bestseller translated into 41 languages, she shared her startling discovery about the essential role of blood sugar in every aspect of our lives, and the surprising hacks to optimise it. Jessie is the founder of the wildly popular Instagram account @GlucoseGoddess, where she teaches over one million people about transformative food habits. She holds a BSc in mathematics from King's College, London, and an MSc in biochemistry from Georgetown University.

## Products related to this item  Sponsored

Page 1 of 58

      

 

Serenity Kids 6+ Months Dairy-Free Smoothie Baby Food - USDA Organic Grass-Fed Collagen Protein - 3.5 Oz BPA-Free Pouches - Variety Pack (8 Count) - Baby Smoothie Pouch Set

★★★★☆ 350

$40.70 ✓prime

Add to cart

Sponsored

How would you rate your experience shopping for books on Amazon today?  ✕

Very poor — Poor — Neutral — Good — Great



Page 6
https://www.amazon.com/Glucose-Goddess-Method-Cutting-Cravings/dp/1668024527/ref=sr_1_1?crid=3IJ5T1TKG0NY0&dib=eyJ2IjoiMSJ9.edjbmEAv3GHNO_Z2Jo33YPD8BRbR9...
08-16-2025 16:43:55

**Related books**
Sponsored

Page 1 of 2






## Customer reviews

★★★★½ 4.6 out of 5

4,281 global ratings

| | | |
|---|---|---|
| 5 star | | 78% |
| 4 star | | 13% |
| 3 star | | 5% |
| 2 star | | 2% |
| 1 star | | 2% |

How customer reviews and ratings work ⌄

### Review this product
Share your thoughts with other customers

Write a customer review




Serenity Kids 6+ Months Meats +...
★★★★½ 1,255

Sponsored

### Customers say

Customers find the book's information well-presented and helpful for changing eating habits, while appreciating its easy-to-follow methodology and quick-to-make recipes. Moreover, the book effectively helps control glucose levels through its 4 principles for avoiding spikes, and customers note it's not restrictive. Additionally, the colorful glossy pages and amazing photos enhance the reading experience, and customers report feeling better after following the advice.

ai. Generated from the text of customer reviews

**Select to learn more**

✓ Information quality | ✓ Ease of implementation | ✓ Recipes quality | ✓ Glucose control
✓ Dietary content | ✓ Color scheme | ✓ Photography | ✓ Feel better

### Reviews with images

See all photos ›




### Top reviews from the United States

👤 E. Scott

★★★★★ **This is a great book with important information about glucose control.**
Reviewed in the United States on February 13, 2025
Verified Purchase

I stumbled across the Glucose Goddess on You Tube. She is so smart and fun to listen to! So I bought the book. She offers a plan to reduce sugar and carb cravings while lowering the glucose spikes that they can cause. She offers the science behind why they work. The book is well written and the recipes are simple but tasty. I have taken several to gatherings, such as the beats with toasted hazelnuts and asparagus with peanut sauce, and people have enjoyed them. Actually asked that I bring them next time. I definitely feel better when I follow her reasonable tips. I highly recommend this book as well as her other book which provides more detailed information about the science.

16 people found this helpful


Helpful | Report

👤 Melani Grube

★★★★★ **So Helpful, So Far**
Reviewed in the United States on December 3, 2024
Verified Purchase

I ordered this book because I really wanted to address my ongoing cravings to eat. And this 4-week plan was a great start to that.

I've only made it through the first two weeks, because, well, life.

First thing to know: when your glucose spikes, it will then drop very quickly and create food cravings... and not cravings for broccoli and celery, but for sugary and carbohydrate-loaded foods that will then spike your blood sugar and start the cycle all over again.

So the first week offered me just what I was looking for: an explanation of why your glucose spikes and what foods cause it and how to eat a morning meal that will not cause your blood sugar (glucose) to spike and start a rollercoaster of spikes and cravings all throughout the day.

The section covering the first week in the book gives you a ton, really A TON, of recipes to make your
⌄ Read more



56 people found this helpful

Helpful | Report

**Barbara Ireland**

★★★★★ One of my fave books!
Reviewed in the United States on February 10, 2025
Verified Purchase

This book helped me a lot, I have given away 3 copies to friends as well. The ideas are easy to implement, and I feel much better when I follow her "rules." The book itself is beautiful (both the print & the kindle are great), with research that is helpful, fascinating, and at times surprising. The recipes are SO GOOD (my fave is the California Quesadilla). This is an EASY way to rebalance your insulin/blood sugar - and I'd imagine would really help anyone with weight issues too (although not my issue). Highly recommended!

13 people found this helpful

Helpful | Report

**Jo Jo**

★★★★☆ Worth it! Informative and useful.
Reviewed in the United States on February 17, 2025
Verified Purchase

I'm really enjoying this book! The explanations and recipes are clear and concise and I already feel healthier for adopting this method. I would give it five stars but it's also full of testimonials and marketing, which I feel is appropriate on websites, in YouTube videos (which the author has a lot of and they're very informative) but not in a book. Unfortunately, each chapter begins with these testimonials "...from the community." Yeah, I really could do without those. The book also includes a workbook section for writing in your weekly accomplishments. I would prefer that as an accompanying pamphlet-type thing instead of it being part of the book. That way, I could easily photocopy it and reuse it over time, say a year or so. And it would feel like a gift too! Anyway, I do recommend this book for anyone who would like to feel better and improve their health without making massive changes to their daily routines and eating habits. Enjoy!

15 people found this helpful

Helpful | Report

**Hannah**

★★★★★ Great for a health jump-start!
Reviewed in the United States on October 24, 2024
Verified Purchase

I'm on week 3 of the 4 weeks covered in this book, and I've really enjoyed it. Each section is a quick read, with a clear explanation of the WHY for each change, testimonials from people who have tried it, and recipes to help achieve each one! I like that the author doesn't push weight loss, but instead focuses on getting your glucose steady, which can help a number of things. Even just a few days in I was more aware of my sugar levels (I don't measure, just based on body awareness), and I like that this method helps kill the actual sugar cravings instead of asking you to brute force your way through them. By changing only one thing per week, it feels easy to start and maintain. I actually usually found myself adding the other steps when I didn't have to because it felt so simple! I will be getting her other book to continue this journey.

42 people found this helpful

Helpful | Report

**Rasmussen**

★★★★★ I love everything about this book - method, research, recipes, photos...
Reviewed in the United States on October 14, 2024
Verified Purchase

I'm not a big cookbook or diet book person, but when my mom told me about Jesse and her research, I started listening to her and learning more - now I'm hooked! So much of this lifestyle aligns with how I like to eat already, with easy hacks I hadn't thought of, and now add in to my day-to-day. Plus, so many ideas for simple beautiful meals. I would make everything in this book! It's all fantastic.
Her writing is very personable and fun. She's a great roommate to have around ;)

28 people found this helpful

Helpful | Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

**Johannah**

★★★★★ Awesome Results
Reviewed in India on June 24, 2023
Verified Purchase

Happy to follow simple steps and gain good results. Very Helpful Tips and easy to do anytime. Stress eating stopped.

Report

Maria V.

★★★★☆ Great recipes

Reviewed in Sweden on September 21, 2024

Verified Purchase

Interesting theory and easy to remember hacks based on science that has helped a lot of people. Love her very easy and useful recipes too.

Report

Barbara

★★★★★ Beautifully illustrated!

Reviewed in Spain on February 4, 2025

Verified Purchase

I love it! I use it almost every day for the recipes, and the information is very useful. It's a beautifully designed book, too.

Report

Allison Ryan

★★★★★ A fun and easy read with helpful information

Reviewed in Canada on July 11, 2025

Verified Purchase

Amazing and very helpful book, fun to read and has great recipe ideas.

Report

ANA MARIA

★★★★★ Información

Reviewed in Mexico on June 30, 2024

Verified Purchase

Super bueno, todo mundo debería leerlo. Es solo seguir un orden en la alimentación y así evitar picos de insulina sin dejar de comer lo que te gusta.

Report

Translate review to English

See more reviews ›

---

**Customers who viewed this item also viewed**    Page 1 of 8








Page 9
https://www.amazon.com/Glucose-Goddess-Method-Cutting-Cravings/dp/1668024527/ref=sr_1_1?crid=3IJ5T1TKG0NY0&dib=eyJ2IjoiMSJ9.edjbmEAv3GHNO_Z2Jo33YPD8BRbR9...
08-16-2025 16:43:55


