# EXHIBIT O

# EXHIBIT O

Deals & Steals to turn back the clock! 





**WELLNESS** — May 2, 2023

# 'Glucose Goddess' talks how to curb blood sugar spikes

Biochemist-turned-influencer Jessie Inchauspe joins "GMA" to talk about her new book "The Glucose Goddess Method," which explains the science behind blood sugar spikes and gives tips on how to curb them.

   

# Up Next In News —