# EXHIBIT Q

# EXHIBIT Q

# The Glucose Goddess Jumps Into the Supplement Industry

 By *Katie Suleta, DHSc, MPH* — Feb 07, 2024

*The Glucose Goddess is a prominent Instagram health influencer. Her real name is Jessie Inchauspe, and she has a master's degree in biochemistry. She's made her fame on social media by preaching about blood sugar and health. She's the quintessential social media influencer: she sells books, courses, and recipes. Basically, everything except supplements ... until now!*



Image by designfoto from Pixabay

**Anti-Spike Formula**

Inchauspe recently debuted her newest product, a supplement for sale: Anti-Spike Formula. It is currently on pre-order, with shipments slated to begin in April of this year. Anti-Spike is marketed to decrease the natural sugar spike your body experiences after eating. It's also touted as made with 100% natural ingredients, gut-friendly, sugar-free, vegan, and gluten-free. The Anti-Spike Formula has four-ish ingredients: white mulberry leaf, lemon extract, cinnamon extract, and something called Glucose Goddess Antioxidants - a proprietary blend of vegetable extracts.

According to her website, Anti-Spike is

> **"Clinically proven to reduce the glucose spike of carbs and sugar by up to 40%."**

This one sentence has a lot to unpack, so let's dig in.

**"…the glucose spike of carbs and sugar…."**

It is perfectly normal for your body's sugar levels to increase immediately after eating. Insulin will be released to help the sugar enter your cells to be used for energy. Some foods release sugars and carbohydrates more quickly – low glycemic index foods. However, the total amount of sugar and carbohydrates absorbed remains the same; absorption takes a bit longer. Inchauspe states

> **"And glucose spikes make you exhausted, cranky, kick-off sugar addiction, hurt your hormones, your sleep, your skin, and also lead to type 2 diabetes."**

A more careful review of the literature shows that, at best, glycemic spikes were associated with acne, alterations of sleep, and even the onset of type 2 diabetes, but it is not the spike alone, but a diet that is excessively high in sugar and carbohydrates.

**"Clinically-proven"**

The website references several articles on PubMed, the National Library of Medicine database, for its claims. However, without looking at and reading the individual references, it is easy to come away with a "medical halo," believing that this supplement has undergone clinically significant randomized controlled trial testing. It has not. All the studies referenced are for individual ingredients, most for white mulberry leaf. In fact, of the 11 articles referenced, seven are for mulberry leaf extract, three are for Eriomin, a proprietary supplement of citrus extract, and one is for cinnamon; none are for the Glucose Goddess Antioxidant blend or the ingredients listed in the blend.

### *Mulberry Leaf Extract*

While studies on mulberry leaf extract have been promising, it's still far too early to make claims like "clinically proven." The referenced studies are primarily small studies with variable doses, interventions, and results. For example,

- A study of 30 people demonstrated reduced insulin one hour after eating, but that effect had worn off by the second hour.
- A study included only 12 people in the mulberry leaf extract arm.
- A study involving 36 participants was a bit of a wash, with no difference between the blood glucose of the placebo and mulberry group at the 60 and 90-minute measurements. Or a study involving 37 individuals showing no effects until 30 minutes after ingestion.
- A meta-analysis, the largest referenced, included 12 studies and 615 participants and does seem promising. However, doses and specific interventions that will impact outcomes were inconsistent. Promising is far from definitive or "clinically proven." Medications are held to a much higher standard than this.

### *Eriomin*

Eriomin is a proprietary blend of "high potency lemon flavonoid." Of the three articles referenced for Eriomin, one had 103 participants, another had 30 participants, and this final study is not an RCT but a simulation and looked at Eriomin *combined with metformin.* Like mulberry leaf extract studies, the dosing is not standardized, and the interventions vary. While promising, a sample of 130 people is insufficient to claim that anything is "clinically proven."

### *Cinnamon*

The study referenced for cinnamon is from 2003, which may make you think it's the final word on the subject. However, there's a reason why this sole study is 20 years old. A later Cochrane Review considering cinnamon in treating diabetes concluded,

> *"No statistically significant difference in glycosylated haemoglobin A1c (HbA1c), serum insulin or postprandial glucose was found between cinnamon and control groups."*

The research into cinnamon has dropped off because its efficacy is not panning out.

### Glucose Goddess Antioxidants

No evidence. No studies. No trials. Antioxidants have been a buzzword in the wellness world for seemingly ever. When you're making your own supplement, it needs to be jam-packed with the loudest of buzzwords and proprietary blends. This is no exception.

### Conclusion

This supplement has not been thoroughly studied, and there are no randomized controlled trials, which is the gold standard. While some of its ingredients may have promise, as with other supplements, the dosing, administration, blend, and production matter. Since supplements aren't regulated, they're notorious for adulteration with other drugs.

Inchauspe's constant refrain that she's science-based is supposed to comfort the consumer. In this case, it seems as though the sheer number of studies is meant to impress because the content of the studies certainly does not fit the claims. She shows "her work," but her work is not what she claims. It's just another money-making ploy in the form of a supplement being hawked by an influencer. She uses her credentials to make you think that you need what she's advertising and that what you're getting isn't just another unregulated, untested supplement. Make no mistake, that's exactly what it is.

**Tags:** Glucose Goddess   Jessie Inchauspe   Blood sugar and health   Mulberry leaf extract   Supplements and wellness industry

**Category:** Food & Nutrition

**American Council on Science and Health Comment Policy**

Comments are moderated. Constructive feedback is welcome. Pseudoscience, insults, or mischaracterizations are not.

Got it

Comments for this thread are now closed     ✕

**19 Comments**                                    💬 emma alensuela ▼

♡          Share                              Best    Newest    **Oldest**

**Karl Kasamon**                                                    —
a year ago

Very well said.

4        0        ↗

**Leah McGrath**                                                    —
a year ago

great piece and very timely Thank you!

3        0        ↗

**Josh Bloom**    Mod                                               —
a year ago

Just a better looking (low bar there) version of "Dr." Oz. Nice job.

6        0        ↗

**K. A.**                                                           —
a year ago

Great article! Thank you for grabbing another of these blood-suckers who need to be called out. I am a hypoglycemic without diabetes.

On YouTube, there are tens of thousands of videos with cures and remedies for any ailment one may have. Many of them



# Katie Suleta, DHSc, MPH

Katie Suleta is a regional director of research in graduate medical education for HCA Healthcare. Her background is in public health, health informatics, and infectious diseases. She has an MPH from DePaul University, an MS in Health Informatics from Boston University, and has completed her Doctorate of Health Sciences at George Washington University.

## Recent articles by this author:

Moral Injury, Brain Drain Are Destroying Public Health Workforce

Beware the Virtuous MAHA Movement

Nutrition Education for Doctors

Health Coaching as a Developing Profession

Seed Oils and Junk Science

All articles by this author »

0          0



**scorpiusgroup**

a year ago    edited

COPYRIGHT © 1978-2024 BY THE AMERICAN COUNCIL ON SCIENCE AND HEALTH

Email: info@acsh.org

Phone: 212.362.7044

The American Council on Science and Health is a research and education organization operating under Section 501(c)(3) of the Internal Revenue Code. Contributions are fully tax-deductible. ACSH does not have an endowment. We raise our funds each year primarily from individuals and foundations.

0          0



**K. A.** → scorpiusgroup
a year ago

Before I knew I was having low blood sugars (in my 20's), my then-husband used to say he had to feed me because I would get crabby. We would laugh. Now, at 71, I don't get mood swings, I get very sudden drops with the shakes and some confusion. I know very well to grab the glucose tabs and eat immediately. I feel hungry even after I eat! I'm small and don't gain weight, but eat very little sugar. What I can't figure out is why I am sooo much worse in Florida where I winter on my boyfriend's boat. Not much change in diet, although I lose a little weight every year. I have at least two drops a day even though I know when to eat. The beast is ahead of me! No one knows why I have this; my doctors aren't well-trained and they ignore the subject.

0     0



**scorpiusgroup** → K. A.
a year ago

@Kristine–
Consider...
1. Any meds that may inadvertently lower blood glucose

2. The fact that hypos like yourself are not well-understood, and hypos, like skinny type 2s, are rare enough that no one cares about them.

3. Diet can only take you so far with glycemic regulation. I once had NO carbs for four months, and this did lower my A1C, but only by 0.6.

4. Most diabetes "science" is driven by the experience of fatties, and the internal medicine fixation on lab numbers *uber alles*. Figure out what works for you, and make adjustments when necessary. Unfortunately, you will find very little guidance out there.

0     0



**K. A.** →  scorpiusgroup



a year ago

Yes, no guidance. I have looked at my meds and always check supplements. I don't even sprinkle cinnamon!

Someone on *Health Rising* said this to me, but it's *Greek*, and I wasn't able to get him/her to chat further: *"When sugar isn't available in the diet, stored glycogen will provide some glucose (usually for a few hours, up to a day), but as that is depleted, protein will be metabolized to provide sugar. If protein is eaten without carbohydrate, it will stimulate insulin secretion, lowering blood sugar and activating the stress response, leading to the secretion of adrenalin, cortisol, growth hormone, prolactin, and other hormones. The adrenalin will mobilize glycogen from the liver, and (along with other hormones) will mobilize fatty acids, mainly from fat cells. Cortisol will activate the conversion of protein to amino acids, and then to fat and sugar, for use as energy."*

*"The amount of glucose in liver cells regulates the enzyme that converts T4 to T3. This means that hypoglycemia or diabetes (in which glucose doesn't enter cells efficiently) will cause hypothyroidism, when T4 can't be converted into T3. When a person is fasting, at first the liver's glycogen stores will provide glucose to maintain T3 production. When the glycogen is depleted, the body resorts to the dissolution of tissue to provide energy. The mobilized fatty acids interfere with the use of glucose, and certain amino acids suppress the thyroid gland. Eating*

*carbohydrate (especially fruits) can allow the liver to resume its production of T3."*

*Many free articles on his site and books on the Internet Free Archive. "Nutrition for Women" is one.*

*Your doctors are ignorant and incompetent.*
*They put your health in danger, creating a lot of needless suffering and loss of quality of life.*

I'm going to look further into this. Thanks for responding. Apologies to the author for getting off topic.

0    0



**scorpiusgroup**
↱ K. A.
a year ago

Quoted discourse is a bit too "textbook." While everything said there is GENERALLY true, you are SPECIFIC, and your mileage may vary. You are already dealing with your main problem of going hypo, which is easy enough to overcome. If you want to get super anal about it, you could monitor your blood glucose with the goal of fending off the hypo symptoms before they strike.

As to doctors—Don't be too hard on them, as they are merely the product of a deteriorating medical education system. Not surprising really since all of academia is circling the drain at present.

1    0



**K. A.**
↱ scorpiusgroup
a year ago

I have struggled for years and am no dummy. I can take readings all day, which do nothing for me. Staying ahead of the game means eating every 1 1/2 hours. The difficulty is the extreme nausea. I can't just "fend off" the hypo. An attack comes on in seconds, like right now.

0          0



**scorpiusgroup**
↱ K. A.
a year ago

I didn't suggest that you can "fend off" the symptoms, but the suddenness seems unusual, and I have known a few hypos. As stated earlier, the medical community is not comfortable with this condition, since there is no magic drug for it, and blood titers–as you note–are not very helpful.