# EXHIBIT R

# EXHIBIT R

Page 1
https://www.youtube.com/watch?v=NfmRORU1HIA
08-16-2025 17:25:34

