# EXHIBIT T

# EXHIBIT T

# VOGUE

WELLNESS

# High Protein Breakfast Ideas: Glucose Goddess's Four Favorite Recipes

BY MARIE BLADT

April 18, 2025



Photo: Marc Ohrem-Leclef

# VOGUE

One nutritional commandment that French biochemist Jessie Inchauspé—aka Glucose Goddess—always tells her 5.6 million followers? The importance of eating a high protein breakfast to avoid blood sugar spikes. That's a health metric you really need to be thinking about, and something that helps to combat everything from fatigue to premature skin aging. Incorporating protein into your breakfast promises to boost your energy levels for the day, among other health and longevity benefits that, below, Inchauspé goes into detail on. Stuck for high protein breakfast ideas too? Look no further.

## Why eat a high protein breakfast?

"Let's not sabotage your day from the moment you wake up!" Inchauspé says. "A high protein breakfast does several things: It prevents glucose spikes, reduces cravings and, above all, sends a message to the brain that food has arrived, which will calm hunger hormones. Proteins are essential molecules that the body cannot manufacture internally. Eating them is very important for our biology, and gives us a real boost of satiety and energy."

## How many grams of protein should we include in breakfast?

"The amount of protein is still a matter of debate, but the latest studies show that we should aim for between 1.6 and two grams of protein per kilo of body weight per day to cover the body's needs and preserve muscle mass, which becomes essential from the age of 30 onwards–the age at which we lose muscle every year," she says. "For example, I weigh 70 kilograms: My ideal intake is therefore between 112 and 140 grams per day. The target of 30 grams at breakfast is a good basis—that's about four eggs—but depending on your weight, it's not always enough."

# VOGUE

# Jessie Inchauspé's four high protein breakfast ideas

## Cheese toast with soft boiled eggs

Four soft boiled eggs, halved on a slice of toast, with goat's cheese, a little <u>Za'atar</u>, and Guérande salt (or any coarse salt) on top.

**Benefits**: Eggs are rich in choline, an essential molecule for the <u>brain</u>.
**What makes it protein-packed**: Eggs! There are around seven grams of protein per egg, plus five grams in the cheese. So we're talking about 35 grams altogether.

## Skyr with fruit and almond butter

200 grams of Skyr yogurt mixed with a spoonful of <u>protein powder</u> in a bowl, with a tablespoon of almond butter, passionfruit, and blueberries.

**Benefits**: Skyr is a very high protein yoghurt, and the fruit provides a good cocktail of vitamins. This recipe allows me to achieve a high protein intake first thing in the morning without having to cook!

**What makes it protein-packed**: Skyr (20 grams), protein powder (20 grams), almond butter (five grams) = 45 grams in total.

## Hummus and tofu on toast

Sliced grilled tofu on wholemeal bread with a little hummus, crushed avocado, and pumpkin seeds.

# VOGUE

**What makes it protein-packed:** Tofu (15 grams) and hummus (five grams) and pumpkin seeds (five grams) = 25 grams of protein.

## Leftovers from last night

Last but not least: Reheat leftovers from last night's dinner! A super-easy, high protein option as long as you have meat, fish, lentils, or other pulses in it.



MOST POPULAR VIDEOS                                    1 / 103

Anne Hathaway Undergoes Another Makeover fo...    What's In Hailey Bieber's Bag? Nietzsche Bo...    Watch the 2025 Met Gala Red Carpet Replay -...    Cardi B Gets Ready for the Met Gala

# VOGUE

- [4 Signs You're Not Getting Enough Protein](#)

- [2 Eggs for Breakfast for 2 Weeks: All The Benefits I've Experienced](#)

- [I Stopped Drinking Protein Powder For These 3 Reasons](#)

- [How A Nutritionist Eats 100g Of Protein Every Day](#)

- [What Is "Clear Protein"—And Is It Better For You?](#)

- [I Tried Eating Protein-Only Dinners and These Were the Effects](#)

- [This Tiny Fish Is Big On Protein and Beauty Benefits](#)

- [The Best Time to Eat Protein, According to Experts](#)

- [How To Get 80 Grams of Protein a Day, Even as a Vegetarian](#)



En tant que journaliste [beauté](#) et [green](#) de Vogue France, **Marie Bladt** met en lumière les dernières pistes wellness, les disciplines sportives à tester, les commandements nutritionnels pour booster sa santé, les pépites de la beauté green ou encore les astuces skincare des pros. Mais aussi les solutions sustainable pour ... [Read More](#)



Topics    Wellness    Healthy Recipes    Recipes