# EXHIBIT U

# EXHIBIT U

Page 1
https://www.stelo.com/glucose-goddess
08-17-2025 13:55:39



Page 2
https://www.stelo.com/glucose-goddess
08-17-2025 13:55:39





