# EXHIBIT V

# EXHIBIT V

|  |  |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-08-17 14:56:19 EDT |
| **Mark:** | GLUCOSE GODDESS |

GLUCOSE GODDESS

|  |  |  |  |
|---|---|---|---|
| **US Serial Number:** | 79336100 | **Application Filing Date:** | Jan. 18, 2022 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** | | DEAD/APPLICATION/Withdrawn/Abandoned | |
| | | The owner of the trademark application withdrew (e.g. abandoned) the application and the application is no longer active. | |
| **Status:** | Abandoned after publication because applicant filed an express abandonment. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page. | | |
| **Status Date:** | Apr. 23, 2024 | | |
| **Publication Date:** | Apr. 16, 2024 | | |
| **Date Abandoned:** | Apr. 22, 2024 | | |

## Mark Information

|  |  |
|---|---|
| **Mark Literal Elements:** | GLUCOSE GODDESS |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Disclaimer:** | "GLUCOSE" |

## Related Properties Information

|  |  |
|---|---|
| **International Registration Number:** | 1650845 |
| **International Registration Date:** | Jan. 18, 2022 |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

|  |  |
|---|---|
| **For:** | Meat, poultry, fish, and game, not live; pates based on the aforesaid goods; charcuterie; salted meats; preserved, dried and cooked fruit and vegetables; dried fruits; cooked fruits; crystallized fruits; jellies, jams, compotes, fruit and vegetable-based spreads; edible oils and fats; eggs; milk and dairy products, namely, milk, cheese, butter, yogurt, cream; dairy-based food beverages; cheese; yogurts; butter; soups; soup, namely, bouillons; potages in the nature of vegetable soups; canned vegetables; canned fruits; vegetable-based snacks; fruit-based snack food; processed vegetables, namely, mashed vegetables; spreadable fruit puree; fruit pulps; marmalades; fruit peel; vegetable salads; fruit salads; sliced fruits; milk-based beverages; milk beverages with milk predominating; crystallized, preserved and pickled ginger; meat extracts; meat jellies; canned meats; culinary preparations based on meat, poultry, fish or game, namely, prepared meals and entrees consisting primarily of meat, poultry, fish, or game; prepared dishes made primarily with meat, meat extracts, and/or charcuterie; prepared dishes consisting primarily of vegetables; prepared meat-based dishes; prepared fish-based dishes; prepared dishes consisting primarily of seafood; cooked meals consisting principally of fish; prepared dishes, namely, meat-based cooked dishes; prepared dishes, namely, vegetable-based cooked dishes; sausages; dry-cured sausages; ham |
| **International Class(es):** | 029 - Primary Class     **U.S Class(es):** 046 |
| **Class Status:** | ABANDONED |
| **For:** | Coffee, tea, cocoa, sugar, rice, tapioca, sago, coffee substitutes; flour and preparations made from cereals, namely, processed cereals, breakfast cereals, and cereal-based snack foods; cocoa-based beverages; coffee-based beverages; chocolate-based beverages; tea-based beverages; bread; gingerbread; pastry and confectionery, namely, candy, pastilles, gum paste; sugar confectionery being confectionery made of sugar; cakes, tarts, cookies and biscuits; fruit cakes; madeleine cakes; chocolate-based spreads; chocolate; pasta; noodles; ice cream; ices, namely, sherbets; edible ices; ice for refreshment; meat pies; sandwiches; meat juices; honey, golden |

| | |
|---|---|
| | syrup; yeast, baking powder; seasonings; salt, pepper; mustard; mayonnaise; vinegar; condiment, namely, sauces; condiments, namely, relish, miso, chutneys; spices; edible spices; preserved herbs as seasonings; spice mixes; dried pasta; breadsticks; risotto; toasts |
| **International Class(es):** | 030 - Primary Class |
| **U.S Class(es):** | 046 |
| **Class Status:** | ABANDONED |
| **For:** | Waters, namely, drinking waters; mineral and aerated waters; non-alcoholic beverages, namely, flavoured waters, soft drinks; carbonated beverages, non-alcoholic; fruit-based drinks; fruit beverages; fruit juices; lemonades; soda water; preparations for making non-alcoholic carbonated beverages, non-alcoholic fruit-flavored beverages, soft drinks; syrups for making non-alcoholic carbonated beverages, fruit-flavored beverages, soft drinks, lemonade, flavoured mineral waters, non-alcoholic fruit juice beverages; smoothies being mixed fruit or vegetable beverages; syrups for lemonade; fruit nectars; non-alcoholic fruit juice beverages; non-alcoholic fruit extracts used in the preparation of beverages; non-alcoholic aperitifs; non-alcoholic beers |
| **International Class(es):** | 032 - Primary Class |
| **U.S Class(es):** | 045, 046, 048 |
| **Class Status:** | ABANDONED |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No |
| **Filed 66A:** | Yes | **Currently 66A:** | Yes |
| **Filed No Basis:** | No | **Currently No Basis:** | No |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Madame Jessica INCHAUSPE |
| **Owner Address:** | 3 avenue des Tilleuls<br>Paris FRANCE F-75016 |
| **Legal Entity Type:** | INDIVIDUAL |
| **Citizenship:** | FRANCE |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Mary Margaret L. O'Donnell | **Docket Number:** | TMC0624WOUS |
| **Attorney Primary Email Address:** | tmdocketing@bluefilamentlaw.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | Mary Margaret L. O'Donnell<br>Blue Filament Law PLLC<br>700 E. Maple<br>Suite 450<br>Birmingham, MICHIGAN UNITED STATES 48009 |
| **Phone:** | 12484305770 |
| **Correspondent e-mail:** | tmdocketing@bluefilamentlaw.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative**

| | | | |
|---|---|---|---|
| **&nbspDomestic Representative Name:** | Mary Margaret L. O'Donnell | **Phone:** | 12484305770 |
| **&nbspDomestic Representative e-mail:** | tmdocketing@bluefilamentlaw.com | **&nbspDomestic Representative e-mail Authorized:** | Yes |

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 09, 2025 | FINAL DECISION TRANSACTION PROCESSED BY IB | |
| Apr. 23, 2025 | FINAL DISPOSITION NOTICE SENT TO IB | |

| Date | Event |
|---|---|
| Apr. 23, 2025 | FINAL DISPOSITION NOTICE CREATED, TO BE SENT TO IB |
| Apr. 23, 2024 | ABANDONMENT NOTICE E-MAILED - AFTER PUBLICATION |
| Apr. 23, 2024 | ABANDONMENT - AFTER PUBLICATION |
| Apr. 22, 2024 | TEAS EXPRESS ABANDONMENT RECEIVED |
| Apr. 16, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED |
| Apr. 16, 2024 | PUBLISHED FOR OPPOSITION |
| Apr. 15, 2024 | NOTIFICATION PROCESSED BY IB |
| Mar. 27, 2024 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB |
| Mar. 27, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED |
| Mar. 27, 2024 | NOTICE OF START OF OPPOSITION PERIOD CREATED, TO BE SENT TO IB |
| Mar. 11, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Mar. 11, 2024 | EXAMINER'S AMENDMENT ENTERED |
| Mar. 11, 2024 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED |
| Mar. 11, 2024 | EXAMINERS AMENDMENT E-MAILED |
| Mar. 11, 2024 | EXAMINERS AMENDMENT -WRITTEN |
| Sep. 11, 2023 | NOTIFICATION OF POSSIBLE OPPOSITION - PROCESSED BY IB |
| Aug. 28, 2023 | NOTIFICATION OF FINAL REFUSAL EMAILED |
| Aug. 28, 2023 | FINAL REFUSAL E-MAILED |
| Aug. 28, 2023 | FINAL REFUSAL WRITTEN |
| Aug. 23, 2023 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB |
| Aug. 23, 2023 | NOTIFICATION OF POSSIBLE OPPOSITION CREATED, TO BE SENT TO IB |
| Jul. 11, 2023 | TEAS/EMAIL CORRESPONDENCE ENTERED |
| Jul. 10, 2023 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jul. 10, 2023 | TEAS RESPONSE TO OFFICE ACTION RECEIVED |
| Jul. 07, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED |
| Jul. 07, 2023 | TEAS CHANGE OF DOMESTIC REPRESENTATIVES ADDRESS |
| Jul. 07, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED |
| Jul. 07, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED |
| Jul. 07, 2023 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED |
| Jul. 07, 2023 | TEAS CHANGE OF OWNER ADDRESS RECEIVED |
| Feb. 07, 2023 | REFUSAL PROCESSED BY IB |
| Jan. 13, 2023 | NON-FINAL ACTION MAILED - REFUSAL SENT TO IB |
| Jan. 13, 2023 | REFUSAL PROCESSED BY MPU |
| Nov. 03, 2022 | NON-FINAL ACTION (IB REFUSAL) PREPARED FOR REVIEW |
| Nov. 02, 2022 | NON-FINAL ACTION WRITTEN |
| Oct. 27, 2022 | ASSIGNED TO EXAMINER |
| Mar. 29, 2022 | APPLICATION FILING RECEIPT MAILED |
| Mar. 23, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED |
| Mar. 17, 2022 | SN ASSIGNED FOR SECT 66A APPL FROM IB |

## International Registration Information (Section 66a)

| Field | Value | Field | Value |
|---|---|---|---|
| International Registration Number: | 1650845 | International Registration Date: | Jan. 18, 2022 |
| Priority Claimed Flag: | Yes | Date of Section 67 Priority Claim: | Jul. 22, 2021 |
| Intl. Registration Status: | REQUEST FOR EXTENSION OF PROTECTION PROCESSED | Date of International Registration Status: | Mar. 17, 2022 |
| Notification of Designation Date: | Mar. 17, 2022 | Date of Automatic Protection: | Sep. 17, 2023 |
| International Registration Renewal Date: | Jan. 18, 2032 | | |
| First Refusal Flag: | Yes | | |

## TM Staff and Location Information

**TM Staff Information**

| | |
|---|---|
| **TM Attorney:** LAVACHE, LINDA | **Law Office Assigned:** LAW OFFICE 106 |

**File Location**

| | |
|---|---|
| **Current Location:** PUBLICATION AND ISSUE SECTION | **Date in Location:** Mar. 12, 2024 |