# EXHIBIT X

# EXHIBIT X





# GlucoseRevolution