# EXHIBIT Y

# EXHIBIT Y



