# EXHIBIT Z

# EXHIBIT Z



Emna Everard

Emna Everard

• 2nd

Verified • 2nd

Fondatrice & CEO de Kazidomi.com, Bébé-Au-Naturel.com et Pulse Protein

Fondatrice & CEO de Kazidomi.com, Bébé-Au-Naturel.com et Pulse Protein

2yr • Edited •

2 years ago • Edited • Visible to anyone on or off LinkedIn

Follow

Hello LinkedIn, I need you! ⚠️

I'm looking to get in touch with Jessie I. from Glucose Revolution, because I'm a huge fan of her.

In truth, I'd like to invite her on the Kazidomi podcast to talk about food because she's revolutionized the way a lot of people eat, myself included.

The concept is simple: limit blood sugar 📈 spikes

What for? Because it has negative effects on our insulin resistance (sometimes to the point of reaching diabetes), because it makes us tired, because it disrupts us and finally, because it accelerates the effects of aging.

In her book, she reveals the tips to reduce these peaks, and I would like to share these tips with everyone to help more people eat better.

How can I help me? A like or a share of this post and you're done, thank you! 🙏

Show original·
Translation settings
Activate to view larger image,



Activate to view larger image,

514

62 comments

15 reposts

Reactions

















…
Like
Comment
Repost
Send



Add a comment…
Open Emoji Keyboard
Current selected sort order is Most relevant
Most relevant



**Emna Everard** Author
Fondatrice & CEO de Kazidomi.com, Bébé-Au-Naturel.com et Pulse Protein
2y
I don't lose hope! 😊
Show original
Show original text of this comment
· Translation settings
Like
1
Reply · 1 reply
1 Comment on Emna Everard's comment



**Martijn Schuyleman** • 2nd
Sales or Key Account Manager with international reach
2y
vous n'êtes pas parvenu à la contacter ?
Show translation
Show translation of this comment
Like
Reply



**Laura Lastoria** • You
Glucose Goddess ® Diabetes Comedy Show / Type 1 Comedian / UNSUGARCOATED Truth and Humor Type 1 Diabetes 26 years! 💙 ENTERTAIN 💙 INSPIRE 💙 EDUCATE 💙 EMPOWER through Humor All those touched by DIABETES
2y
Laura The Glucose Goddess



Like

1
Reply
844 impressions

Impression count is only visible to you



Parlons Finance
134,206 followers
2y
Hello Laura The Glucose Goddess,

We need you here!
Like

4
Reply 4 replies
4 Replies on Parlons Finance's comment
See previous replies



Laura Lastoria • You
Glucose Goddess Ⓡ Diabetes Comedy Show / Type 1 Comedian / UNSUGARCOATED Truth and Humor Type 1 Diabetes 26 years! 💙 ENTERTAIN 💙 INSPIRE 💙 EDUCATE 💙 EMPOWER through Humor All those touched by DIABETES
2y
Emna Everard @lauratheglucosegoddess Www.diabetescomedy.com



Like

 1

Reply

7,478 impressions



Add a reply…
Open Emoji Keyboard



Jennifer Debatisse • 3rd+

Stratège & ghostwriter | Je transforme vos pensées brutes en textes impactants | Authority content B2B | Ingénieur de gestion Solvay | Experte LinkedIn

2y

This is not the right tag! It's Jessie! ;-)

Show original

Show original text of this comment

· Translation settings

Like

Reply 1 reply

1 Comment on Jennifer Debatisse's comment



Emna Everard Author

Fondatrice & CEO de Kazidomi.com, Bébé-Au-Naturel.com et Pulse Protein

2y

Merci, je viens de corriger 🙏

Like

2

Reply



[Natalya Gavriluk](#) • 3rd+

Human-driven & bold business developer. I partner with passion-fueled entrepreneurs to turn visionary ideas into thriving realities—through strategy, finance, events, ecosystems & powerful communities.

2y

Oh yes I apply his way of eating in the right order and it goes much better, lightness and better energy, I see if I can do something. This podcast is to see the light of day:)

Show original

Show original text of this comment

· Translation settings

Like

3

Reply3 replies

3 Replies on Natalya Gavriluk's comment

See previous replies



Emna Everard Author

Fondatrice & CEO de Kazidomi.com, Bébé-Au-Naturel.com et Pulse Protein

2y

Oui en effet

Show translation

Show translation of this comment

Like

2

Reply



Thibaut Bayart • 3rd+

Fondateur The Good Ones - Président Chronodrive - Membre du comité stratégique The Field

2y

If it's Jessie I. you're talking about, I saw her at a conference at Auchan Retail
Show original
Show original text of this comment
· Translation settings
Like
Reply1 reply
1 Comment on Thibaut Bayart's comment



**Emna Everard** Author
Fondatrice & CEO de Kazidomi.com, Bébé-Au-Naturel.com et Pulse Protein
2y
En effet, merci je viens de changer le tag 😊
Show translation
Show translation of this comment
Like
☐1
Reply



**Charlotte Chodynia** • 3rd+
Digital Communication Consultant 💜 I help companies & freelancers amplify their values and commitments on social media (9 years' experience) 🎓 Currently studying: University Diploma on Domestic Violence.
2y
I'd love to hear Jessie I. on the podcast! She's in the middle of promoting her new book so I'm sure she might like this format:)
Show original
Show original text of this comment
· Translation settings
Like
☐2
Reply1 reply
1 Comment on Charlotte Chodynia's comment



Emna Everard Author
Fondatrice & CEO de Kazidomi.com, Bébé-Au-Naturel.com et Pulse Protein
2y
On croise les doigts 🤞
Show translation
Show translation of this comment
Like
1
Reply



Yvette Roozenbeek 🌱 • 3rd+
Strategic Marketing for impact|Founder Weetulip|Lecturer sustainability IESEG ✨|EMBA HEC|Board member No Plastic in My Sea
2y
Big fan of his book!
Show original
Show original text of this comment
· Translation settings
Like
2
Reply



JB Langlet • 2nd
Enabling Leadership driven transformation & Closing the Strategy to Execution Gap
2y
I can't help directly but I want to direct your interest to the impact of smoking, lack of physical activity and stress on blood sugar.

Nutrition is what is often questioned and there is a very important part related to the type of diet, but sometimes it is taken to the extreme.
For example, there has been a surge in the popularity of foods with a low glycemic index, which is often not very important compared to other factors.

Disclaimer: I have not read this book.

Good luck with the contact
…more
Show original
Show original text of this comment
· Translation settings
Like
1
Reply

Anne-Claire Offranc • 3rd+
Communications specialist
2y
Fingers crossed that all our likes will be successful! I have his book and indeed it's great! I notice around me that many have changed the way they look at their diet and eat thanks to these "hacks":)
Show original
Show original text of this comment
· Translation settings
Like
1
Reply
 Load more comments