# EXHIBIT AA

# EXHIBIT AA

  Glucose Goddess <glucosegoddess@gmail.com>

## Re: Sponsorship Opportunity - Glucose Revolution YouTube
1 message

**Ashton Boukzam** <ashton@cndentertainment.com>  Wed, Sep 25, 2024 at 11:41 AM
To: Glucose Goddess <glucosegoddess@gmail.com>

Hi Jessie

Hope all is well!

I wanted to circle back with you on this. The brands we work with are super interested in working with you and we'd love to discuss these sponsorship opportunities further.

Thanks and hope to hear from you soon!
-Ashton



Ashton Boukzam
Associate Director, CND Entertainment Inc
www.cndentertainment.com
ashton@cndentertainment.com
+1-954-821-3142


On Wed, Aug 28, 2024 at 9:22 PM Glucose Goddess <glucosegoddess@gmail.com> wrote:

> Glucose Goddess Laura
> WWW.DiabetesComedy.com
> INSTAGRAM
> Glucose Goddess® Laura Lastoria is Redefining T1D Healing through Humor (type1strong.org)

On Wed, Jun 5, 2024 at 1:47 PM Ashton Boukzam <ashton@cndentertainment.com> wrote:
> Hi Jessie,
>
> I hope you're doing well!
>
> I am just following up on this. We have multiple sponsorship requests for your channel.
>
> Please let me know if you're interested!
>
> Thanks,
> Ashton
>
> 
>
> Ashton Boukzam
> Associate Director, CND Entertainment Inc

www.cndentertainment.com
ashton@cndentertainment.com
+1-954-821-3142

On Wed, May 29, 2024 at 4:09 PM Ashton Boukzam <ashton@cndentertainment.com> wrote:
> Hi Jessie,
>
> I'm Ashton Boukzam, Associate Media Director for CND Entertainment.
> We partner with top media personalities and advertisers around the world. We have received a few requests from our advertisers to promote on your channel. We would love to open up a direct line of communication with you to discuss these potential sponsorship opportunities. If you are interested, I can send you offers for 30-60 second promo integrations on your YouTube channel.
>
> We have multiple sponsors ready to move forward so please let me know as soon as possible and we'll discuss it further.
>
> Thank you,
> - Ashton
>
> 
>
> Ashton Boukzam
> Associate Director, CND Entertainment Inc
> www.cndentertainment.com
> ashton@cndentertainment.com
> +1-954-821-3142