# EXHIBIT AB

# EXHIBIT AB

## 2025-05-29  LINKED IN MESSAGE THREAD RE: DEXCOM STELO BRAND AMBASSADOR ANNOUNCEMENT "GLUCOSE GODDESS"

Quality Improvement Advisor - Pediatric Diabetes

MAY 29, 2025

Barbara Liepman RN MS CDCES CHWC sent the following message at 11:30 AM

View Barbara's profile



Barbara Liepman RN MS CDCES CHWC  11:30 AM

Hi Laura,

I just got this email from Stelo (by Dexcom). They were referring to the Glucose Goddess. I thought they meant you! I see your Glucose Goddess has a registered trademark and that it doesn't seem to be you. Just wanted you know about this in case you hadn't heard.

 Hey Barbara,

We're thrilled to introduce our newest Stelo Ambassador, Jessie, more widely known as the Glucose Goddess—a leading voice in metabolic health and a global advocate for smarter glucose habits.

With a background in biochemistry and a gift for translating complex science into practical, life-changing advice, the Glucose Goddess has empowered millions to take control of their glucose through simple, evidence-based strategies.

Her mission aligns perfectly with Stelo's vision: making glucose insights accessible, approachable, and actionable for everyone.

To learn more about Jessie and her experience with Stelo, visit the link below.

Jessie's Story

Jessie Inchauspé is a paid Stelo ambassador.

Laura Lastoria sent the following message at 11:36 AM

View Laura's profile



Laura Lastoria   11:36 AM

Hi Barbara!

I really appreciate you letting me know.

I am the owner of the US Trademark "Glucose Goddess " and have owned it for 25 years since I was diagnosed with T1D and created my own"Glucose Goddess Comedy Show" for people with Diabetes.

I will be reaching out to my attorney on this matter.

Thank you so much!!

💙💙💙💙

Barbara Liepman RN MS CDCES CHWC sent the following message at 11:38 AM

View Barbara's profile



Barbara Liepman RN MS CDCES CHWC   11:38 AM

You're my number one glucose goddess! That's the action I thought you might want to take. Good point and all the best!(Edited)

Laura Lastoria sent the following message at 11:38 AM

View Laura's profile



Laura Lastoria   11:38 AM

Www.diabetescomedy.com