# EXHIBIT   AC

# EXHIBIT AC

