# EXHIBIT AD

# EXHIBIT AD

# CAUSING CONFUSION

## "GLUCOSE GODDESS" PRO COURSE CHARGING US DOLLARS AND EDUCATING ON SAME SUBJECT "GLUCOSE " AS CLASS 41
## USPTO TRADEMARK OWNERS CLASS

