# EXHIBIT AE

# EXHIBIT AE



THE DATA STUDIES,

 

**Day two is where the magic really starts ...**
drmindypelz
♡ 446 · 4d ago

**Cravings after dinner? Try this: 1...**
drmindypelz
♡ 305 · 8-17

 

**Glycemic function and food...**
drmindypelz
♡ 504 · 7-17

**Glutes transformation 10...**
itsmrsgracie
♡ 1.7M · 3d ago

 

00:07 / 00:56

♡ 101

💬 0

🔖 9

↪ 2

**drmindypelz**
drmindypelz · 8-4

**Follow**

Why are we really sick?
It's not willpower, it's a system built on addiction and confusion. @glucosegoddess breaks it down 👇
Full convo on YouTube → link in bio

TikTok

Search

For You
Shop
Explore
Following
Upload
LIVE
Profile
More

**Log in**

Company
Program
Terms & Policies
© 2025 TikTok