# EXHIBIT AF

# EXHIBIT AF

# CONFUSION

# TRADEMARK OWNER EMAIL ADDRESS: GLUCOSEGODDESS@GMAIL.COM





