# EXHIBIT AG

# EXHIBIT AG

# EXAMPLES OF CONFUSION

## Tagged on Instagram



## Tagged on Tik Tok





