**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LASTORIA<br><br>v.<br><br>INCHAUSPÉ | Case No. 25-12515 |

## <u>STATUS REPORT OF APRIL 23, 2026</u>

Plaintiff hereby provides a status report per the Court's paperless order of January 23, 2026. This matter was filed on September 10, 2025. Because the Defendant is a foreign individual, Plaintiff undertook service of process procedures pursuant to the Hague Convention. A professional process server experienced in those service procedures was retained on or about September 16, 2025. The server undertook document translations and other processes that were complete on or around October 3, 2025 and forwarded the papers to appropriate authorities in France.

Undersigned personally spoke with the professional process server on April 23, 2026, and was advised that the service procedure is still being undertaken. The process server advised that a period of approximately 8-12 months is not unusual or unexpected for this process in France.

Plaintiff has no control over the speed of the process. Plaintiff intends to pursue this matter once service is finalized.

\* \* \*

Respectfully submitted,

/s/ Eric Menhart
Eric Menhart, Esq. (Mass BBO No. 665552)
Lexero Law
80 M St SE Suite 100, Washington, DC 20003
Phone: 855-453-9376
Fax: 855-453-9376

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date of this filing, a copy of the foregoing was filed via the Court's electronic filing system and all parties of record were served via that system.

/s/ Eric Menhart
Eric J. Menhart