**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| LASTORIA<br><br>v.<br><br>INCHAUSPÉ | Case No. 25-12515 |

**STATUS REPORT OF JULY 7, 2026**

Plaintiff hereby provides a status report per the Court's electronic order of April 24, 2026.

This matter was filed on September 10, 2025. Because the Defendant is a foreign individual residing in France, Plaintiff undertook service of process pursuant to the Hague Convention. A professional process server experienced in those procedures was retained on or about September 16, 2025. The server completed the required document translations and related processes on or about October 3, 2025, and forwarded the papers to the appropriate authorities in France.

The documents were delivered to the French Central Authority, which assigned the matter reference number 4412TR2025 and transmitted it to the competent French court for service on October 7, 2025. Under the Hague Convention framework, service is effected by the French authorities, and the French court, not Plaintiff or her process server, controls the timing.

Plaintiff and her process server have continued to press the French authorities for completion and proof of service. In January 2026, the French Central Authority confirmed that the matter remained pending before the French court and that it could not compel that court's schedule. The most recent substantive communication from the French Ministry of Justice, provided in April 2026, advised that there was nothing new from the French court and that the Ministry itself had requested proof of service or other information from that court. Plaintiff's process server sent a further status request on June 1, 2026, which remains unanswered as of the date of this report.

Plaintiff has no control over the speed of the process and continues to monitor it and press for completion. Plaintiff intends to pursue this matter once service is finalized, and will promptly advise the Court upon receipt of proof of service or any material development.

* * *

Respectfully submitted,

/s/ Eric Menhart
Eric Menhart, Esq. (Mass BBO No. 665552)
Lexero Law
80 M St SE Suite 100, Washington, DC 20003
Phone: 855-453-9376
Fax: 855-453-9376

*Attorney for Plaintiff*

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date of this filing, a copy of the foregoing was filed via the Court's electronic filing system and all parties of record were served via that system.

/s/ Eric Menhart
Eric J. Menhart